IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-172-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ANTHONY TYREE, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court for preliminary examination of the government's motion for revocation of Defendant's supervised release and for hearing on the government's oral motion to detain Defendant pursuant to 18 U.S.C. § 3143 and Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure. A hearing was held in this matter on February 10, 2021, at which Defendant appeared and was represented by Assistant Federal Defender Kimberly Moore, and the government was represented by AUSA Brandon Boykin.

At the hearing of this matter, the court orally stated findings and conclusions, all of which are hereby incorporated by reference. The court restates in writing the following findings and conclusions of the court:

1. That probable cause exists to believe that Defendant violated the terms of supervised release by failing to abide by the terms and conditions of home confinement/electronic monitoring as alleged in the government's motion for revocation filed on January 12, 2021; and

2. That Defendant has failed to establish by clear and convincing evidence that he will not pose a risk of flight or a danger to others if released. The court's determination in this regard is based upon the following factors or reasons: the nature and circumstances of the alleged violations; Defendant's criminal history; Defendant's continued noncompliance with home confinement/electronic monitoring after the filing of the revocation motion; and any other findings or reasons stated in open court.

Accordingly, the court hereby ORDERS that Defendant be committed to the custody of the Attorney General or a designated representative to be detained pursuant to 18 U.S.C. § 3143(a)(1) pending his revocation hearing.

This 16th day of February 2021.

*[signature]*
KIMBERLY A. SWANK
United States Magistrate Judge